**DIMISS and Opinion Filed March 14, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00147-CV

**SLD, LLP, Appellant**

**V.**

**DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT,
DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,
DALLAS COUNTY SCHOOL EQUALIZATION FUND,
DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS,
Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. TX-19-01904**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Goldstein
Opinion by Justice Partida-Kipness

Before the Court is the parties' notice of settlement and agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A). We grant the motion and dismiss the appeal. *See id.*

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210147F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SLD, LLP, Appellant

No. 05-21-00147-CV          V.

DALLAS COUNTY, PARKLAND
HOSPITAL DISTRICT, DALLAS
COUNTY COMMUNITY
COLLEGE DISTRICT, DALLAS
COUNTY SCHOOL
EQUALIZATION FUND, DALLAS
INDEPENDENT SCHOOL
DISTRICT, AND CITY OF
DALLAS, Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-19-01904.
Opinion delivered by Justice Partida-
Kipness, Justices Reichek and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered March 14, 2022.